**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 131 EAL 2017
                                    :
             Respondent             :
                                      :   Petition for Allowance of Appeal from
                                      :   the Order of the Superior Court
           v.                       :
                                      :
                                      :
CLIFFORD W. BROWN,               :
                                      :
             Petitioner               :

## **ORDER**

**PER CURIAM**

       **AND NOW**, this 28th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.